UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHERI FERRARO                                    JURY TRIAL DEMANDED

v.                                                            CASE NO.  3:14CV

EASTERN ACCOUNT SYSTEM OF CONNECTICUT, INC.

## COMPLAINT

1. This is an action pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et seq.

2. This Court has jurisdiction. 15 U.S.C. §1692k; 28 U.S.C. §1331 and §1367.

3. Plaintiff is a natural person and a citizen of Connecticut.

4. The Defendant is licensed as a Consumer Collection Agency by the State of Connecticut, Department of Banking.

5. The Defendant has been a member of a collectors' trade organization, ACA International, since 2007.

6. ACA provides educational and training material to help members comply with the FDCPA.

7. The defendant uses the mails in regular efforts to collect personal accounts from consumers on behalf of third parties.

8. On January 13, 2014, defendant sent a letter to plaintiff with regard to her personal medical accounts.

9. Plaintiff's account number was visible on the face of the envelope.

10. Defendant's collection efforts violated 15 U.S.C. §1692f(8). <u>Douglass v. Convergent Outsourcing</u>,  765 F.3d 299 (3d Cir. 2014).

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff $1,000 statutory damages under the FDCPA.

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award such other and further relief as law or equity may provide.

        THE PLAINTIFF

BY_____/s/ Joanne S. Faulkner____
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
faulknerlawoffice@snet.net